James A. Brophy, appellee, v. Bertha Feigen et al., appellants. Gen. No. 30,707.

Bill in equity. Decree for complainant. Motion to dismiss appeal on ground appeal bond not signed by all defendants. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Opinion filed June 14, 1926. Appeal dismissed.

Joseph Rosenberg, for appellants; Hyman J. Rosenberg, of counsel. Everett M. Swain, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Michael Giamaria, appellee, v. Certified Ice Cream Company, appellant. Gen. No. 30,742.

Action for breach of contract. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John H. Marshall, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed June 14, 1926.

Thompson, Tyrrell & Chambers, for appellant; Lavern W. Thompson, of counsel. Beach & Beach, for appellee; Raymond W. Beach, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Malcolm Arbuthnot and Roy F. France & Company, intervening petitioners, appellants, v. J. N. Lott et al., appellees. Gen. No. 30,752.

Bill to foreclose mechanics' liens. Order taxing master's fees. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the first division of this court for first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

Loucks, Eckert & Peterson, for appellants; Walter H. Eckert, Ira W. Hurley and William U. Bardwell, of counsel. A. S. and E. W. Froehlich, for appellees.

Mr. Justice Johnston delivered the opinion of the court.

---

Stephen Kasprzicki, by Paul Kasprzicki, appellee, v. G. Revere, trading as R. & S. Teaming Company, and Acme Grocery Company, defendants. Acme Grocery Company, appellant. Gen. No. 30,761.

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

Church, Haft & Robertson and Harry H. Krinsky, for appellant. Charles C. Spencer, for appellee.

Mr. Justice Johnston delivered the opinion of the court.